IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WALTER JULIOUS PORTERFIELD, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION 16-00018-CG-M ) |
| GROVER SMITH, et al., | ) ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to state a claim upon which relief can be granted.

**DONE and ORDERED** this 8th day of September, 2016.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE