# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| WALTER JULIOUS PORTERFIELD, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| vs. | ) | CIVIL ACTION 16-00018-CG-M |
| GROVER SMITH, et al., | ) |  |
| Defendant. | ) |  |

## **JUDGEMENT**

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED** without prejudice for failure to state a claim upon which relief can be granted.

**DONE and ORDERED** this 8th day of September, 2016.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE